IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COASTAL LOGISTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTERPOINT GARDEN CITY, LLC, )<br>and DANKO CONCRETE )<br>CONSTRUCTION, LLC, )<br>)<br>Defendants and )<br>Counterclaimants. )<br>_____)<br>)<br>CENTERPOINT GARDEN CITY, LLC, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>EVANS GENERAL CONTRACTORS, )<br>LLC; MACGREGOR ASSOCIATES )<br>ARCHITECTS, INC.; and PRUITT )<br>EBERLY STONE, INC.; )<br>)<br>Third-Party Defendants. )<br>_____)<br>)<br>EVANS GENERAL CONTRACTORS, )<br>LLC, )<br>)<br>Fourth-Party Plaintiff, )<br>)<br>v. )<br>)<br>DANKO CONCRETE CONSTRUCTION, )<br>LLC, )<br>)<br>Fourth-Party Defendant. )<br>_____) | CASE NO. CV412-294 |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 AUG 27 PM 2:17
CLERK
SO. DIST. OF GA.

# O R D E R

Before the Court are five motions for summary judgment filed by Defendant CenterPoint Garden City, LLC (Doc. 80), Third-Party Defendant Evans General Contractors, Inc. (Doc. 78), Third-Party Defendant Pruitt Eberly Stone, Inc. (Doc. 71), Third-Party Defendant Macgregor Associates Architects, Inc. (Doc. 79), and Fourth-Party Defendant Danko Concrete Construction, LLC (Doc. 75). On December 30, 2013, after each of these motions was filed, Plaintiff filed an Amended Complaint with leave from the Court. (Doc. 90.) No responses were ever filed.[1]

The Court, therefore, **ORDERS** that all parties **SHALL** submit within **fourteen days** their amended motions for summary judgment to reflect Plaintiff's amended complaint. All parties should be aware, however, that the Court will not accept any motion or response that incorporates by reference any factual allegation or argument contained in an earlier filing. Each motion and response should be a stand-alone filing that independently contains all the factual allegations and arguments that the filing party wishes the Court to consider. All parties' previous

---

[1] On February 20, 2014, the Court appointed Mr. Wallace E. Harrell as mediator in this case and stayed all deadlines pending the outcome of the mediation. (Doc. 93 at 3.)

motions for summary judgment (Docs. 71, 75, 78, 79, and 80) are **DISMISSED AS MOOT**.

SO ORDERED this 27th day of August 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA